Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Viet I-Mei Frozen Foods Co.   v. United States

No. 16-1006

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:   Viet I-Mei Frozen Foods Co.
                                     Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✓] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name: Matthew R. Nicely
Law firm: Hughes Hubbard & Reed LLP
Address: 1775 I Street, N.W., Suite 600
City, State and ZIP: Washington, DC 20006
Telephone: (202) 721-4600
Fax #: (202) 721-4646
E-mail address: matthew.nicely@hugheshubbard.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 10/15/1993

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

10/19/15
Date

Signature of pro se or counsel

cc: _____

123

VIET I-MEI FROZEN FOODS CO. v. UNITED STATES
CAFC Appeal No. 16-1006

## CERTIFICATE OF SERVICE

I certify that I have on this 19th day of October, 2015, caused a copy of the foregoing **NOTICE OF APPEARANCE** to be served upon the following parties via electronic service through CM/ECF:

>Joshua E. Kurland
>**Department of Justice**
>Commercial Litigation Branch,
>Civil Division
>PO Box 480
>Ben Franklin Station
>Washington, DC 20044
>
>Nathaniel Maandig Rickard
>**PICARD KENTZ & ROWE LLP**
>1750 K St., N.W.
>Suite 800
>Washington, D.C. 20006

>Respectfully submitted,
>
>/s/ Matthew R. Nicely
>Matthew R. Nicely
>**Hughes Hubbard & Reed LLP**
>1775 I Street, NW, Suite 600
>Washington, DC 20006
>Tel: 202-721-4750
>Fax: 202-721-4646
>Email: matthew.nicely@hugheshubbard.com